# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 9, 2026

Before
FRANK H. EASTERBROOK, *Circuit Judge*

| No. 26-1356 | PATRICK ATKINSON,<br>   Plaintiff - Appellant<br><br>v.<br><br>PAMELA J. BONDI and STEVEN M. DETTELBACH,<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-00291<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey ||

Upon consideration of the **CONSENT MOTION TO PLACE APPEAL IN ABEYANCE**, filed on March 6, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **DENIED**. The parties must promptly alert the court if the Department of Justice acts on the pending request for relief under 18 U.S.C. § 925(c).

form name: **c7_Order_3J** (form ID: **177**)