No. 26-1356

# In The United States Court of Appeals For the Seventh Circuit

PATRICK ATKINSON,

Plaintiff-Appellant,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, and DANIEL DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,

Defendants-Appellees.

Appeal from a Judgment of the United States District Court for the Northern District of Illinois The Hon. John Robert Blakey, District Judge Case No. 1:21-CV-291

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S BRIEF

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S BRIEF

Appellant, Patrick Atkinson, by and through undersigned counsel, and pursuant to F.R. App. P. 26(b) and Circ. R. 26, moves this Honorable Court to grant Appellant an extension until May 1, 2026 to file his opening Brief. In support thereof, Appellant states the following:

1.    Appellant's opening Brief was due on April 1, 2026. Through a docketing error, this date was mis-diaried. Appellant's counsel very much regrets the error.

2.    The issue in this case is the permanent prohibition of non-violent felons from possessing firearms, and whether such prohibition violates Appellant's Second Amendment rights under *District of Columbia v. Heller*, 554 U.S. 570 (2008) and *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). This is a complex issue of constitutional law, which raises unsettled issues not yet addressed by this Court, and which is currently the subject of a circuit split in the Circuit Courts.

2

3.     Appellant filed this appeal following the District Court's granting of Defendants/Appellees' F.R. Civ. P. 12(b)(6) Motion for dismissal.

4.     Appellant's counsel has been drafting the opening brief, though there have been several immediate demands of Plaintiffs' counsel's caseload, including the recent filing of multiple Rule 12(b)(6) Responses in *Integrity Investment Fund, LLC, et al v. Raoul, et al*, 3:25 CV 1122 (S.D. Ill.), summary judgment briefings in *Kuhlman v. Hines*, 1:24 CV 1065 (C.D. Ill.) and defending a removal proceeding in an evidentiary hearing in *United States v. Alcala Villaroel*, A220-864-093 (EOIR) in Indianapolis, Indiana. The first two listed cases raise novel issues of constitutional law (Fifth and Eight Amendments, and Second Amendment, respectively) which have monopolized counsel's time during the last 30 days.

5.     Appellant therefore requests a period of 30 days following April 1, 2026 (or until May 1, 2026) to file his opening Brief.

6.     This is Plaintiff-Appellant's first request for an extension of time. The undersigned regrets any inconvenience that this request may

3

cause this Court or counsel.  This request is made in good faith and not for the purpose of delay.

7.    There is no prejudice to the Appellees by the granting of this Motion. Further, the Court's consideration of the Appellant's Brief and Short Appendix would greatly aid resolution of this case.

8.    Appellant's counsel communicated with Appellees' counsel *via* e-mail on April 2, 2026, and Appellees' counsel related that he does not oppose this Motion.

9.    Appellant's Counsel's declaration, swearing to the factual matters stated herein, is attached hereto.

WHEREFORE, the Plaintiff-Appellant, PATRICK ATKINSON, respectfully requests this Honorable Court to grant him an enlargement of time until May 1, 2026, to file his Appellant's Brief and Short Appendix, and in support thereof submit the attached declaration and exhibits.

Dated: April 2, 2026                    Respectfully submitted,


                                        By: /s/ David G. Sigale
                                        Attorney for Appellant


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547/630.596.4445 Fax
dsigale@sigalelaw.com

## Declaration

I, David G. Sigale, counsel of record for the Appellants, declare the following based on my personal knowledge.

1.    Appellant's opening Brief was due on April 1, 2026. Through a docketing error, this date was mis-diaried. I regret this error.

2.    I have been drafting the opening brief, though there have been several immediate demands of my caseload, including the recent filing of multiple Rule 12(b)(6) Responses in *Integrity Investment Fund, LLC, et al v. Raoul, et al*, 3:25 CV 1122 (S.D. Ill.), summary judgment briefings in *Kuhlman v. Hines*, 1:24 CV 1065 (C.D. Ill.) and defending a removal proceeding in an evidentiary hearing in *United States v. Alcala Villaroel*, A220-864-093 (EOIR) in Indianapolis, Indiana. The first two listed cases raise novel issues of constitutional law (Fifth and Eight Amendments, and Second Amendment, respectively) which have unfortunately monopolized my time during the last 30 days, even as I worked to complete all other tasks, including the opening Brief in this case.

3.    I am therefore requesting a period of 30 days following April 1, 2026 (or until May 1, 2026) to file Appellant's opening Brief.

Exhibit "A"

4.     This is Appellant's first request for an extension of time. I regret any inconvenience that this request may cause this Court or counsel.  This request is made in good faith and not for the purpose of delay.

5.     There is no prejudice to the Appellees by the granting of this Motion. Further, the Court's consideration of the Appellant's Brief and Short Appendix would greatly aid resolution of this case.

6.     I communicated with Appellees' counsel *via* e-mail on April 2, 2026, and Appellees' counsel related that he does not oppose this Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2026

　　　　　/s/ David G. Sigale　　　　
　　　　　David G. Sigale

**✔**

## CERTIFICATE OF SERVICE
### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on ___April 2, 2026___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/___David G. Sigale___

## CERTIFICATE OF SERVICE
### Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:                                    address:

s/_____