# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 3, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1356 | PATRICK ATKINSON,<br>            Plaintiff - Appellant<br>v.<br>PAMELA J. BONDI and STEVEN M. DETTELBACH,<br>            Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-00291 |
| Northern District of Illinois, Eastern Division |
| District Judge John Robert Blakey |

Upon consideration of the **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S BRIEF**, filed on April 2, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.     The brief and required short appendix of the appellant are due by May 1, 2026.

2.     The brief of the appellees is due by June 1, 2026.

3.     The reply brief of the appellant, if any, is due by June 22, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).