IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PATRICK ATKINSON,

    Plaintiff-Appellant,

    v.

ATTORNEY GENERAL OF THE UNITED
STATES, et al.,

    Defendants-Appellees.

No. 26-1356

**CONSENT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE
RESPONSE BRIEF**

The government respectfully requests a 30-day extension of time, to and including July 3, 2026, to file its response brief in this case, which is currently due on June 3, 2026. The reasons for this motion are explained in the accompanying declaration of counsel. Counsel for plaintiff-appellant has indicated that plaintiff consents to this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Acting Assistant Attorney General*

BRAD HINSHELWOOD

*s/ Kevin B. Soter*
KEVIN B. SOTER
*Attorney, Appellate Staff*
*Civil Division, Room 7222*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*California Bar No. 324524*
*(202) 305-1754*
*kevin.b.soter@usdoj.gov*

MAY 2026

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 66 words, according to the count of Microsoft Word.

*/s/ Kevin B. Soter*
KEVIN B. SOTER

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PATRICK ATKINSON,

    Plaintiff-Appellant,

    v.

ATTORNEY GENERAL OF THE UNITED
STATES, et al.,

    Defendants-Appellees.

No. 26-1356

**DECLARATION OF KEVIN B. SOTER IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

I, Kevin B. Soter, hereby state as follows:

1. This appeal involves a Second Amendment challenge to 18 U.S.C. § 922(g)(1), which prohibits firearm possession by persons convicted of offenses punishable by more than one year of imprisonment. Plaintiff-appellant is subject to this prohibition based on his 1998 federal conviction for felony mail fraud. On remand from an earlier decision of this Court, the district court rejected plaintiff's Second Amendment challenge and entered judgment in favor of the government. Plaintiff filed a notice of appeal on February 12, 2026.

2. Plaintiff's opening brief was accepted for filing on May 4, 2026, after a 30-day extension. The government's response brief is currently due on June 3, 2026. This is the first requested extension of that deadline.

3. The requested extension is necessary in light of government counsel's other deadlines. I am the attorney with primary responsibility for preparing the government's brief in this case. In addition to obligations for internal matters that cannot be disclosed in this motion, I recently presented oral argument on April 28 in *NicQuid, LLC v. FDA*, No. 24-60272 (5th Cir.), and six consolidated cases; I have primary responsibility for preparing a response brief currently due June 17 in *Fluker v. ATF*, No. 26-1245 (6th Cir.), and an opening brief due July 2 (as extended) in *Firearms Policy Coalition, Inc. v. Blanche*, No. 25-11328 (5th Cir.); and I will be out of the country on previously scheduled leave from June 4 through June 19.

Brad Hinshelwood has principal supervisory responsibility for the government's brief in this case. He also has supervisory responsibility for matters including *Elite Precision Customs LLC v. ATF*, No. 25-11206 (5th Cir.) (response brief filed May 6, 2026); *State of Oregon v. Trump*, No. 26-1804 (Fed. Cir.), and *Burlap & Barrel, Inc. v. Trump*, No. 26-1805 (Fed. Cir.) (emergency motion for stay pending appeal filed May 11, 2026); *United States v. Rhode Island Hospital*, No. 26-10431 (5th Cir.) (expedited response to an emergency

motion for stay pending appeal due 12pm Central Time on May 12, 2026); *Bretches v. United States*, No. 25-7405 (9th Cir.) (response brief due May 13, 2026); and *California Dep't of Motor Vehicles v. DOT*, No. 26-1027 (D.C. Cir.) (response brief due May 22, 2026).

4.  A 30-day extension will also ensure sufficient time for counsel to coordinate review with interested agencies and components of the federal government.

5.  Counsel for plaintiff has informed me that plaintiff consents to this motion.

*s/ Kevin B. Soter*
KEVIN B. SOTER
*Attorney, Appellate Staff*
*Civil Division, Room 7222*
*U.S. Department of Justice*

Executed on May 11, 2026