No. 26-1356

# In The United States Court of Appeals For the Seventh Circuit

PATRICK ATKINSON,

Plaintiff-Appellant,

v.

TODD W. BLANCHE, in his official capacity as Acting Attorney General of the United States, and ROBERT CEKADA, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,

Defendants-Appellees.

Appeal from a Judgment of the United States District Court
for the Northern District of Illinois
The Hon. John Robert Blakey, District Judge
Case No. 1:21-CV-291

**PLAINTIFF-APPELLANT'S SUPPLEMENT TO UNOPPOSED SUGGESTION OF MOOTNESS AND MOTION TO VACATE THE DISTRICT COURT'S DECISION AND ORDER GRANTING JUDGMENT TO DEFENDANTS**

**PLAINTIFF-APPELLANT'S SUPPLEMENT TO UNOPPOSED SUGGESTION OF MOOTNESS AND MOTION TO VACATE THE DISTRICT COURT'S DECISION AND ORDER GRANTING JUDGMENT TO DEFENDANTS**

Plaintiff-Appellant Patrick Atkinson, by and through undersigned counsel, supplements his *Unopposed Suggestion of Mootness and Motion to Vacate the District Court's Decision and Order Granting Judgment to Defendants* with the 18 U.S.C. § 925(c) rights-restoration letter to Plaintiff from the Department of Justice dated May 18, 2026. This letter was referenced on page 4 of Plaintiff's Motion (Dkt. #19) and inadvertently omitted from same, and is filed pursuant to the Court's Order of June 3, 2026 (Dkt. #20).

Wherefore, the Plaintiff-Appellant, PATRICK ATKINSON, respectfully requests that this Court (1.) vacate the district court's decision and order dismissing Plaintiff's Second Amended Complaint and granting judgment to defendants, or, in the alternative, remand this matter to the district court with instructions to vacate its opinion and judgment and dismiss this matter as moot, and (2.) dismiss this appeal as moot.

Dated: June 3, 2026           Respectfully submitted,

          /s/ David G. Sigale
          Attorney for Plaintiff-Appellant

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547/630.596.4445 Fax
dsigale@sigalelaw.com



# Office of the Attorney General
## Washington, D. C. 20530

May 18, 2026

Mr. Patrick J. Atkinson

████████████████

Dear Mr. Atkinson:

I have received your request for relief from federal firearm disabilities under 18 U.S.C. § 925(c). That provision authorizes me to grant relief from the disabilities imposed by 18 U.S.C. § 922(g) on possessing, shipping, transporting, or receiving firearms or ammunition where the applicant has established that "the circumstances regarding the disability, and the applicant's record and reputation, are such that the applicant will not be likely to act in a manner dangerous to public safety and that the granting of relief would not be contrary to the public interest."

Your request for relief from federal firearms disabilities indicates that you are subject to the federal firearm disability in 18 U.S.C. § 922(g)(l), which prohibits individuals from possessing firearms if they have previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year. Having reviewed all the relevant facts, including that your prior conviction was for an offense that was neither violent nor associated with violence; that substantial time has passed since the completion of your sentence (including the successful completion of any period of parole or supervised release); that you have not been arrested for or convicted of any additional disqualifying crimes since your disqualifying conviction; and that there are no other facts of concern, I have concluded that the investigation shows nothing to indicate that you are likely to act in a manner danger to public safety if allowed to possess firearms. I have also concluded that relieving you from the federal firearm disability in Section 922(g)(1) is not contrary to the public interest. Accordingly, pursuant to 18 U.S.C. § 925(c), I hereby grant you of relief of the federal firearm disability imposed as a result of your prior criminal conviction.

You are cautioned that this action provides relief only with respect to the federal firearm disability arising from your prior criminal conviction. It does not relieve you from any firearm disabilities to which you may be subject under state laws, territorial or tribal laws, or local ordinances. Nor does it relieve you from any federal firearm disability you may incur in the future, such as by sustaining an additional conviction for an offense punishable by a term of imprisonment exceeding one year. Please note that it may take up to several business days for this grant of relief to be reflected in the

<span style="color:red">Exhibit "A"</span>

FBI's firearms background system (NICS). Notice of this relief will be published in the Federal Register in accordance with 18 U.S.C. § 925(c).

Sincerely,

Todd Blanche
Acting Attorney General

[✔] **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on ___June 3, 2026___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ ___David G. Sigale___

[ ] **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:

address:

s/ _____