# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 8, 2026

Before

DIANE S. SYKES, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

|  |  |
|---|---|
| No. 26-1356 | PATRICK ATKINSON,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>TODD W. BLANCHE and STEVEN M. DETTELBACH,<br>　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-00291 |
| Northern District of Illinois, Eastern Division |
| District Judge John Robert Blakey |

The following are before the court:

**1. PLAINTIFF-APPELLANT'S UNOPPOSED SUGGESTION OF MOOTNESS, MOTION TO VACATE THE DISTRICT COURT'S DECISION AND ORDER GRANTING JUDGMENT TO DEFENDANTS**, filed on May 29, 2026, by counsel for the appellant.

**2. SUPPLEMENT TO UNOPPOSED SUGGESTION OF MOOTNESS AND MOTION TO VACATE THE DISTRICT COURT'S DECISION**, filed on June 3, 2026, by counsel for the appellant.

**IT IS ORDERED** that the motion is **GRANTED**. The district court's judgment is **VACATED**, and this case is **REMANDED** with instructions to dismiss the case as moot. *See United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).